Zachary P. Takos, Esq., Nevada Bar No. 11293
Steven R. Hart, Esq., Nevada Bar No. 15418
**TAKOS LAW GROUP, LTD.**
10785 West Twain Avenue, Suite 226
Las Vegas, Nevada 89135
Telephone: 702.658.1900
Facsimile: 702.924.4422
Email: zach@takoslaw.com
         steven@takoslaw.com

Sam Castor, Esq., Nevada Bar No. 11532
**LEX TECNICA, LTD.**
10161 Park Run Drive
Las Vegas, NV 89145
sam@lextecnica.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COMMUNITY SCHOOLS INITIATIVE, a Nevada Political Action Committee with rights assigned in trust to Lex Tecnica, Ltd., <br><br> Plaintiff, <br><br> v. <br><br> VANGUARD FIELD STRATEGIES, LLC, a Texas limited liability company; DOES 1 through 100, inclusive; and ROE Business Entities 1 through 100, inclusive; <br><br> Defendants. | Case No. 2:23-cv-00069 <br><br> **CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, attorney of record for Plaintiff Community Schools Initiative, certifies that the following may have a direct, pecuniary interest in the outcome of this case:

    Community Schools Initiative (Plaintiff)

    Lex Tecnica, Ltd. (Plaintiff's assignee in trust)

    Sam Castor (Lex Tecnica, Ltd.'s principal)

\\\
\\\

These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

DATED this 12th day of January, 2023.

**TAKOS LAW GROUP, LTD.**

*/s/ Zachary P. Takos*
Zachary P. Takos, Esq., Nevada Bar No. 11293
Steven R. Hart, Esq., Nevada Bar No. 15418
10785 West Twain Avenue, Suite 226
Las Vegas, Nevada 89135

Sam Castor, Esq., Nevada Bar No. 11532
**LEX TECNICA, LTD.**
10161 Park Run Drive
Las Vegas, NV 89145

*Counsel for Plaintiff*