# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COMMUNITY SCHOOLS INITIATIVE,<br><br>　　Plaintiff<br><br>v.<br><br>VANGUARD FIELD STRATEGIES,<br><br>　　Defendant | Case No.: 2:23-cv-00069-APG-EJY<br><br>**Order to Show Cause Why This Action Should Not Be Dismissed for Lack of Subject Matter Jurisdiction** |

　　Plaintiff Community Schools Initiative (CSI) brought this suit in this court based on diversity jurisdiction. However, CSI's allegations about its own citizenship are inadequate. CSI alleges it is a political action committee "with rights assigned in trust to Lex Tecnica, Ltd." ECF No. 1 at 2. It is unclear what this means in terms of who is the real party in interest, whether CSI's citizenship for diversity purposes is determined by Lex Tecnica's citizenship (for which there are no allegations), or, if CSI's citizenship is determined by its status as a political action committee, how that may impact its citizenship. Further, CSI makes no allegations regarding the citizenship of defendant Vanguard Field Strategies, LLC's members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

　　I THEREFORE ORDER that plaintiff Community Schools Initiative shall show cause, in writing, why this action should not be dismissed for lack of subject matter jurisdiction. Failure to respond to this order by February 20, 2023 will result in dismissal for lack of subject matter jurisdiction.

　　DATED this 18th day of January, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE