UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COMMUNITY SCHOOLS INITIATIVE,<br><br>    Plaintiff<br><br>v.<br><br>VANGUARD FIELD STRATEGIES, LLC,<br><br>    Defendant | Case No.: 2:23-cv-00069-APG-EJY<br><br>**Order** |

In light of defendant Vanguard Field Strategies, LLC's response to the order to show cause (ECF No. 6),

I ORDER that the order to show cause (ECF No. 5) is satisfied and I will not remand this case for lack of subject matter jurisdiction at this time. I remind the parties that subject matter jurisdiction must be proved before a judgment may be entered.

DATED this 8th day of February, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE