# Exhibit 2

# Exhibit 2

**BARBARA K. CEGAVSKE**
*Secretary of State*

**GAIL J. ANDERSON**
*Deputy Secretary for Southern Nevada*

**DEBBIE I. BOWMAN**
*Deputy Secretary for Operations*

**STATE OF NEVADA**

**OFFICE OF THE
SECRETARY OF STATE**

**SCOTT W. ANDERSON**
*Chief Deputy Secretary of State*

**ERIN HOUSTON**
*Deputy Secretary for Securities*

**KIMBERLEY PERONDI**
*Deputy Secretary for Commercial Recordings*

**MARK A. WLASCHIN**
*Deputy Secretary for Elections*

December 21, 2022

**VIA Email**

Mr. Dan H. Stewart
PO Box 777400
Henderson, NV 89077

**RE:    Notice of Insufficiency of Petition
        Statewide Statutory Initiative Petition – Identifier S-01-2022**

Dear Mr. Stewart,

This office is in receipt of all the Certificates of Results for your petition.  The total number of signatures obtained statewide was 233,173. Your petition needed to collect 35,195 signatures in each petition district 1, 2, 3 & 4 to be deemed sufficient. Pursuant to NRS 293.1277, a random sample of 5% of the signatures were reviewed for validation by each county clerk. The following results are based on the number of signatures gathered in each district.

|            | Reviewed | Valid |
|------------|----------|-------|
| District 1 | 3,500    | 1,457 |
| District 2 | 1,843    | 1,020 |
| District 3 | 3,205    | 2,010 |
| District 4 | 3,113    | 1,713 |

Based on the examination done by the county election officials across the state, the aforementioned petition does not meet the statutory and constitutional signature requirements and is deemed insufficient.

Respectfully,

Barbara K. Cegavske
Secretary of State

By: *Heather Hardy*
Heather Hardy, Program Officer 3

**NEVADA STATE CAPITOL**
101 N. Carson Street, Suite 3
Carson City, Nevada  89701-3714

**MEYERS ANNEX
COMMERCIAL RECORDINGS**
202 N. Carson Street
Carson City, Nevada  89701-4201

**LAS VEGAS OFFICE**
2250 Las Vegas Blvd. North, Suite 400
North Las Vegas, NV  89030

nvsos.gov