**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| COMMUNITY SCHOOLS INITIATIVE, | Case No.: 2:23-cv-00069-APG-EJY |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| VANGUARD FIELD STRATEGIES, LLC, et al., | |
| Defendants | |

I ORDER that defendant Vanguard Field Strategies, LLC's certificate of interested parties (ECF No. 17) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).  The certificate does not identify the citizenship of Vanguard Field Strategies, LLC as required by the recent amendment to that rule.  I remind the defendant that because it is a limited liability company, it is "a citizen of every state of which its owners/members are citizens." *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

I FURTHER ORDER defendant Vanguard Field Strategies, LLC to file a proper certificate of interested parties by May 5, 2023.

DATED this 25th day of April, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE