Zachary P. Takos, Esq., Nevada Bar No. 11293
Steven R. Hart, Esq., Nevada Bar No. 15418
**TAKOS LAW GROUP, LTD.**
10785 West Twain Avenue, Suite 226
Las Vegas, Nevada 89135
Telephone: 702.658.1900
Facsimile:  702.924.4422
Email:  zach@takoslaw.com
              steven@takoslaw.com

Sam Castor, Esq., Nevada Bar No. 11532
**LEX TECNICA, LTD.**
10161 Park Run Drive
Las Vegas, Nevada 89145
Email:  sam@lextecnica.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEX TECNICA, LTD., a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> VANGUARD FIELD STRATEGIES, LLC, a Texas limited liability company; AXIOM, LLC dba AXIOM STRATEGIES, a Texas limited liability company; DOES 1 through 100, inclusive; and ROE Business Entities 1 through 100, inclusive; <br><br> Defendants. | Case No.: 2:23-cv-00069-APG-EJY <br><br><br><br> **STIPULATION AND ORDER** |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on January 12, 2023, Community Schools Initiative ("CSI") filed its Complaint against Vanguard Field Strategies, LLC ("Vanguard") (ECF No. 1);

1

WHEREAS, on March 20, 2023, CSI filed its First Amended Complaint (ECF No. 9) **adding additional defendants** Jeff Roe ("Roe"), Axiom LLC ("Axiom"), and Garrison Management Group, LLC ("Garrison");

WHEREAS, on April 24, 2023, Defendants filed a Motion to Dismiss (ECF No. 18) the First Amended Complaint, in which it argues that (1) if CSI assigned its rights to Lex Tecnica, Ltd. as alleged, CSI is is no longer the real party in interest and lacks standing to bring this action, and (2) this Court lacks personal jurisdiction over defendants Roe, Axiom, and Garrison;

WHEREAS, on May 8, 2023, CSI filed a Response to the Motion to Dismiss (ECF No. 22), which references it filed and served a Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B);

WHEREAS. the Second Amended Complaint (1) substitutes Lex Tecnica, Ltd. for CSI as Plaintiff, and (2) dismisses Roe and Garrison from the case (ECF No. 21);

WHEREAS, in response to the Second Amended Complaint, Defendants filed (1) a Reply in Support of their Motion to Dismiss (ECF No. 23), which included a request to strike the Second Amended Complaint and argued the Second Amended Complaint did not moot its Motion to Dismiss Axiom; and (2) a Motion to Strike the Second Amended Complaint (ECF No. 24);

WHEREAS, in an effort to save resources and in furtherance of judicial economy, the parties have met and conferred and have come to an agreement regarding the status of aforementioned pleadings and motions.

THEREFORE, the parties hereby stipulate and agree that as of the date of this stipulation, the Second Amended Complaint will be the operative pleading in this case with Lex Tecnica, Ltd. substituted as the named plaintiff, and Roe and Garrison no longer defendants.

THEREFORE, the parties further stipulate and agree that while all defenses asserted in the Motion to Dismiss (ECF No. 18), Reply in Support of Defendants' Motion to Dismiss (ECF No. 23), and Motion to Strike (ECF No. 24) are preserved for future filing, ECF Nos. 18, 23 and 24 are hereby voluntarily withdrawn.

THEREFORE, the parties further stipulate and agree that the remaining Defendants, Vanguard and Axiom, shall have until June 16, 2023, to Answer, move or otherwise respond to the Second Amended Complaint.

**IT IS SO STIPULATED.**

DATED this 2nd day of June, 2023.                    DATED this 2nd day of June, 2023.

**TAKOS LAW GROUP, LTD.**                             **ARMSTRONG TEASDALE LLP**


_____/s/ Zachary P. Takos_____                  _____/s/ Jeffrey F. Barr_____
Zachary P. Takos, Esq., Nevada Bar No. 11293        Jeffrey F. Barr, Esq., Nevada Bar No. 7269
10785 W. Twain Avenue, Suite 224                    7160 Rafael River Way, Suite 320
Las Vegas, Nevada 89135                             Las Vegas, Nevada 89113


**LEX TECNICA, LTD.**                                **GRAVES GARRETT LLC**
Sam Castor, Esq., Nevada Bar No. 11532              A. Bradley Bodamer, Esq. (pro hac pending)
10161 Park Run Drive                                George R. Lewis, Esq. (pro hac pending)
Las Vegas, Nevada 89145                             1100 Main Street, Suite 2700
                                                    Kansas City, MO 64105

_Counsel for Plaintiff_                              _Counsel for Defendants_


**IT IS SO ORDERED.**


UNITED STATES MAGISTRATE JUDGE

DATE:  June 2, 2023_____

3