JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
ARMSTRONG TEASDALE LLP
7160 Rafael River Way, Suite 320
Las Vegas, NV 89113
Telephone: (702) 678-5070
jbarr@atllp.com

Bradley Boadamer (pro hac pending)
George R. Lewis (pro hac pending)
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone (816) 256-3181
bbodamer@gravesgarrett.com
glewis@gravesgarret.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| COMMUNITY SCHOOL INITIATIVE,<br><br>Plaintiff,<br><br>vs.<br><br>VANGUARD FIELD STRATEGIES, LLC, JEFF ROE, AXIOM LLC, GARRISON MANAGEMENT GROUP, LLC, DOES 1 Through 100, and ROE 1 through 100<br><br>Defendant. | Case No.: 23-CV-00069-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DATE TO FILE REPLY TO PLAINTIFF'S RESPONSE [ECF No. 32] TO DEFENDANT'S MOTION TO DISMISS [ECF No. 28]**<br>(**First Request**) |

Defendants Vanguard Field Strategies, LLC ("Vanguard") and Axiom LLC ("Axiom") and Plaintiff Community School Initiative submit this Stipulation and Order to Extend Date to File Reply to Plaintiff's Response [ECF No. 32] to Defendant's Motion to Dismiss [ECF No. 28].

This Stipulation seeks to extend the deadline to file a Reply for 5 calendar days until and including July 12, 2023. This is the first stipulation for an extension to file a Reply, and it makes reference to the following:

1. Defendants Vanguard and Axiom timely filed a Motion to Dismiss [ECF No. 28].

2. Plaintiff timely filed a response to the Motion [ECF No. 32].

1

3. Defendants' Reply is currently due on July 7, 2023.

4. While Defendants have attempted to diligently file a timely Reply, the Independence Day Holiday has cut short Defendants' business days in which to complete its papers.

5. Defendants seek a short, 5-day extension, up to and including July 12, 2023, to file their Reply, and Plaintiff agrees with this short extension.

6. This Stipulation is being proffered in good faith and not for purposes of delay.

Dated this 7th day of July 2023.

TAKOS LAW GROUP, LTD.

By: */s/ Zachary P. Takos*
    ZACHARY P. TAKOS, ESQ.
    Nevada Bar No. 11293
    STEVEN R. HART, ESQ.
    Nevada Bar No. 15418
    10785 West Twain Avenue, Suite 226
    Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

Dated this 7th day of July 2023.

ARMSTRONG TEASDALE LLP

By: */s/ Jeffrey F. Barr*
    JEFFREY F. BARR, ESQ.
    Nevada Bar No. 7269
    7160 Rafael Rivera Way, Suite 320
    Las Vegas, Nevada 89113

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: July 10, 2023

Submitted by

ARMSTRONG TEASDALE LLP

By: */s/ Jeffrey F. Barr*
    JEFFREY F. BARR, ESQ.
    Nevada Bar No. 7269
    7160 Rafael Rivera Way, Suite 320
    Las Vegas, Nevada 89113

*Attorney for Defendants*