```
1  JEFFREY F. BARR, ESQ.
   Nevada Bar No. 7269
2  ASHCRAFT BARR LLP
   8275 S Eastern Avenue, Suite 200-695
3  Las Vegas, NV 89123
   Telephone:  (702) 631-4755
4  barrj@ashcraftbarr.com
5
   Bradley Boadamer (pro hac pending)
6  George R. Lewis (pro hac pending)
   GRAVES GARRETT LLC
7  1100 Main Street, Suite 2700
   Kansas City, Missouri 64105
8  Telephone (816) 256-3181
9  bbodamer@gravesgarrett.com
   glewis@gravesgarret.com
10
   Attorneys for Defendants
11
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| COMMUNITY SCHOOL INITIATIVE, | Case No.: 23-CV-00069-APG-EJY |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE AND CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| VANGUARD FIELD STRATEGIES, LLC, JEFF ROE, AXIOM LLC, GARRISON MANAGEMENT GROUP, LLC, DOES 1 Through 100, and ROE 1 through 100 | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that, subject to the approval by the Court, DEFENDANT AXIOM LLC substitutes Jeffrey F. Barr, Esq. and

/ / /

/ / /

/ / /

ASHCRAFT & BARR | LLP, Nevada State Bar No. 7269, as counsel of record in place of Armstrong Teasdale LLP. Contact information for new counsel is as follows:

>ASHCRAFT & BARR | LLP
>8275 South Eastern Avenue
>Suite 200-695
>Las Vegas, NV 89123
>(702) 631-4755
>barrj@ashcraftbarr.com

| | |
|---|---|
| I consent to the above substitution.<br>Date:    January 11, 2024 | /s/ Rob Phillips<br>Axiom LLC |
| I consent to being substituted.<br>Date:    January 9, 2024 | */s/ Alina Shell*<br>Alina Shell, Esq. for Armstrong Teasdale LLP |
| I consent to the above substitution.<br>Date:    January 9, 2024 | */s/ Jeffrey F. Barr*<br>Jeffrey F. Barr, Esq. |

## **ORDER**

The substitution of attorney is hereby approved and so ORDERED.

DATED: January 11, 2024

_____
UNITED STATES MAGISTRATE JUDGE