JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
ASHCRAFT BARR LLP
8275 S Eastern Avenue, Suite 200-695
Las Vegas, NV 89123
Telephone: (702) 631-4755
barrj@ashcraftbarr.com

Bradley Boadamer (pro hac pending)
George R. Lewis (pro hac pending)
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone (816) 256-3181
bbodamer@gravesgarrett.com
glewis@gravesgarret.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| COMMUNITY SCHOOL INITIATIVE,<br><br>Plaintiff,<br><br>vs.<br><br>VANGUARD FIELD STRATEGIES, LLC, JEFF ROE, AXIOM LLC, GARRISON MANAGEMENT GROUP, LLC, DOES 1 Through 100, and ROE 1 through 100<br><br>Defendant. | Case No.: 23-CV-00069-APG-EJY<br><br>**NOTICE AND CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

NOTICE IS HEREBY GIVEN that, subject to the approval by the Court, DEFENDANT VANGUARD FIELD STRATEGIES LLC substitutes Jeffrey F. Barr, Esq. and

/ / /

/ / /

/ / /

ASHCRAFT & BARR | LLP, Nevada State Bar No. 7269, as counsel of record in place of Armstrong Teasdale LLP. Contact information for new counsel is as follows:

>ASHCRAFT & BARR | LLP
>8275 South Eastern Avenue
>Suite 200-695
>Las Vegas, NV 89123
>(702) 631-4755
>barrj@ashcraftbarr.com

| | |
|---|---|
| I consent to the above substitution. | /s/ Joe Williams |
| Date:   January 9, 2024 | Vanguard Field Strategies LLC |
| | |
| I consent to being substituted. | /s/ Alina Shell |
| Date:   January 9, 2024 | Alina Shell, Esq. for Armstrong Teasdale LLP |
| | |
| I consent to the above substitution. | /s/ Jeffrey F. Barr |
| Date:   January 9, 2024 | Jeffrey F. Barr, Esq. |

## **ORDER**

The substitution of attorney is hereby approved and so ORDERED.

DATED: January 11, 2024

_____
UNITED STATES MAGISTRATE JUDGE

2