JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
ASHCRAFT & BARR LLP
8275 S Eastern Ave, Suite 200
Las Vegas, NV 89123
Telephone: (702) 631-7555
mailto:barrj@ashcraftbarr.com

Bradley Bodamer (pro hac vice)
George R. Lewis (pro hac vice)
GRAVES GARRETT LLC
1100 Main Street, Suite 2700 Kansas City, Missouri 64105
Telephone (816) 256-3181
bbodamer@gravesgarrett.com
glewis@gravesgarrett.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LEX TECNICA, LTD., and COMMUNITY SCHOOLS INITIATIVE<br><br>Plaintiff,<br><br>vs.<br><br>VANGUARD FIELD STRATEGIES, LLC, and AXIOM LLC<br><br>Defendants. | Case No.: 23-CV-00069-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>**(Third Request)** |

Pursuant to Local Rules IA-6-1 and 26-3, and for good cause shown, Plaintiffs Lex Tecnica, Ltd., ("Lex Tecnica") and Community Schools Initiative (collectively, "Plaintiffs) and Defendants Vanguard Field Services, LLC ("Vanguard") and Axiom Strategies, LLC ("Axiom") (collectively, "Defendants") (collectively, the "Parties") jointly and respectfully request an extension of the following scheduling deadlines in this case (*see* ECF No. 55):

/ / /

/ / /

| Deadline Description | Current Deadline | ~~Proposed~~ Deadline |
|---|---|---|
| Rebuttal Expert Disclosure | March 13, 2024 | May 12, 2024 |
| Discovery Cutoff | May 13, 2024 | July 12, 2024 |
| Dispositive Motions | June 12, 2024 | August 11, 2024 |
| Joint Pretrial Order | July 12, 2024 or 30 days after resolution of dispositive motions | September 10, 2024 or 30 days after resolution of dispositive motions |

In support of this stipulation, the Parties State as follows:

**BACKGROUND**

1. On January 17, 2024, the Court denied Defendants Motion to Dismiss and gave Lex Tenica leave to add Community Schools Initiative as a party by February 16, 2024. ECF No. 53.

2. On February 2, 2024, the Parties requested a thirty (30) day extension in order to add Community Schools Initiative as a party, schedule depositions of Plaintiff's expert witnesses, and to coordinate further depositions. ECF No. 54.

3. The Court granted the request that same day. ECF No. 55.

4. On February 16, 2024, Plaintiffs filed their Third Amended Complaint, adding Community Schools Initiative as a party. ECF No. 56.

5. On February 28 and 29, 2024, Defendants deposed Plaintiffs' experts.

6. The Parties are still coordinating at least eleven planned depositions.

7. Pursuant to the operative Stipulation and Order to Extend Discovery (Second Request) (ECF No. 55), the Parties have until March 13 to disclose rebuttal expert witnesses and May 13, 2024, to complete discovery. *See id.* This current rebuttal expert disclosure deadline and the other discovery deadlines that follow are no longer feasible given the current posture of the case.

**GOOD CAUSE FOR EXTENDING THE REMAINING DISCOVERY DEADLINES**

8. Plaintiffs added an additional party on February 16, 2024, and filed a Third Amended Complaint.

9. Additionally, Plaintiffs' experts were deposed on February 28 and 29, 2024.

10. Further, eleven depositions (seven for Plaintiffs (at the moment) and four for Defendants (at the moment)) of both Parties witnesses are being scheduled currently, but due to the availability of both counsel and witnesses, dates have not yet been set. Many of the anticipated depositions will take place in Las Vegas, Nevada, but at least one (and possibly more) will take place in Houston, Texas, further necessitating coordination of schedules and travel arrangements.

11. As a result of the foregoing, the Parties jointly and respectfully request extensions of the scheduling order deadlines identified in the chart above. The extensions will allow the Parties to complete the discovery outlined above.

**LOCAL RULE STATEMENTS**

12. The Parties bring this stipulation in the interest of justice and not for the purpose of undue delay.

13. Pursuant to LR 26-3 and IA 6-1, the Parties state that this is the third request they have made to extend the discovery deadlines in this case.

14. Pursuant to LR 26-3, the Parties submit that there is good cause for this stipulation as set forth above.

15. Pursuant to LR 26-3(a), the Parties state that the following discovery has been completed to date:

    a. On May 24, 2023, Lex Tecnica served its first set of requests for production on Vanguard.

b. On May 24, 2023, Lex Tecnica served its first set of interrogatories on Vanguard.

c. On July 5, 2023, Vanguard and Axiom served their initial disclosures on Lex Tecnica.

d. On August 11, 2023, Vanguard and Axiom served their first requests for production on Lex Tecnica.

e. On August 11, 2023, Vanguard and Axiom served their notice of intent to subpoena Community Schools Initiative.

f. On August 21, 2023, Lex Tecnica served its initial disclosure on Vanguard and Axiom.

g. On September 20, 2023, Vanguard and Axiom served their responses to Lex Tecnica's first set of requests for production.

h. On September 20, 2023, Vanguard and Axiom served their responses to Lex Tecnica's first set of interrogatories.

i. On September 24, 2023, Lex Tecnica served its first supplemental disclosures on Vanguard and Axiom.

j. On September 24, 2023, Lex Tecnica served its responses to Vanguard and Axiom's first set of requests for production.

k. On January 12, 2024, Lex Tecnica served its disclosure of expert witnesses and expert reports.

l. On January 16, 2024, Lex Tecnica took the deposition of Tami Romo.

m. On January 17, 2024, Lex Tecnica took the deposition of Joe Williams.

n. On January 18, 2024, Lex Tecnica took the deposition of Whitney LaJaunie.

      o.      On February 21, 2024, Lex Tecnica served its second supplemental disclosures on Vanguard and Axiom

      p.      On February 28, 2024, Vangaurd and Axiom took the deposition of Richard MacLean.

      q.      On February 29, 2024, Vanguard and Axiom took the deposition of Kory Langhofer.

16. Pursuant to Local Rule 26-3(b) the Parties state that one or more of the Parties anticipate that at least the following discovery remains to be completed:

      a.      Supplemental disclosure to the Parties' respective written discovery.

      b.      Additional written discovery from the Parties.

      c.      Rebuttal expert witness disclosures and reports.

      d.      Deposition of rebuttal expert witnesses.

      e.      Depositions of percipient witnesses. .

17. Pursuant to Local Rule 26-3(c) Defendants refer the Court to Paragraphs 8-11 above.

18. Pursuant to Local Rule 26-3(d), the Parties have proposed a schedule identified in the chart at the beginning of this stipulation for the completion of discovery and for the extension of the other case management deadlines.

/ / /

/ / /

/ / /

WHEREFORE, pursuant to Local Rules IA 6-1 and 26-3, and for good cause shown, the Parties jointly and respectfully request an extension of the scheduling order deadlines identified in the chart at the beginning of this motion.

**IT IS SO STIPULATED.**

Respectfully submitted this 13th day of March, 2024.

| | |
|---|---|
| **TAKOS LAW GROUP, LTD.** | **ASHCRAFT BARR LLP** |
| /s/ *Zachary P. Takos* | /s/ *Jeffrey F. Barr* |
| Zachary P. Takos, Esq., Nevada Bar No. 11293 | Jeffrey F. Barr, Esq., Nevada Bar No. 7269 |
| 10785 W. Twain Avenue, Suite 224 | 8275 S. Eastern Avenue, Suite 200 695 |
| Las Vegas, Nevada 89135 | Las Vegas, Nevada 89123 |
| | |
| **LEX TECNICA, LTD.** | **GRAVES GARRETT LLC** |
| Sam Castor, Esq., Nevada Bar No. 11532 | A. Bradley Bodamer, Esq. (pro hac vice) |
| 10161 Park Run Drive | George R. Lewis, Esq. (pro hac vice) |
| Las Vegas, Nevada 89145 | 1100 Main Street, Suite 2700 |
| | Kansas City, MO 64105 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATE: March 13, 2024