| | |
|---|---|
| **From:** | Scott Scheid |
| **Sent:** | Saturday, December 10, 2022 1:22 PM CST |
| **To:** | Joe Williams |
| **Subject:** | Community Schools Summary |
| **Attachments:** | Community Schools Initiative - LOE 2022 VFS.pdf |

Vanguard Field Strategies was hired by Community Schools Initiative (CSI) on June 15, 2022 (LOE attached). Our initial engagement was for 20,833 raw signatures at 70% validity at $12 per signature. We didn't have a written contract after that but the understanding was that we would bill CSI on weekly basis once the initial contract was fulfilled.

All of our work in the summer and early fall focused on Clark County. In order for this initiative to qualify it needs 35,195 valid signatures in each of Nevada's 4 congressional districts for a total of 140,780 signatures. 3 of those districts are in Clark County. In early October 2022, CSI informed us that they had raised enough money to pay us to get the rest of the signatures needed to qualify and asked us to begin gathering the needed signatures in the 2nd Congressional District. At this time we engaged Wade Hunsaker and his firm to get the 35,195 signatures we needed up there in the Reno area.

On November 23, 2022 we turned in roughly 230,000 signatures statewide. On December 9, 2022 Wahsoe County election officials informed us that unofficially we don't have enough valid signatures in CD-2 to qualify and they are referring 9 or 10 Wade's petitioners to the Secretary of State's criminal division to investigate possible fraudulent signatures. Clark County election officials have told us they will have a unofficial count sent to the SOS's office by Tuesday December 13, 2022.

Some of the problems that hampered this effort was not having a VFS staff member on the ground up in CD-02 to oversee our sub-contractor, weak and ineffective leadership of our field in Clark County, and not having a clear and reliable validity structure in place. By the time we discovered poor quality work it was too late in the game to course correct.

*Scott Scheid*
*VP of Business Development*
*Vanguard Field Strategies*
*scott@vfs.gop | 702-569-8839*

