

PLF_CSI 005387