**VANGUARD**
Field Strategies

# Letter of Engagement

Upon our engagement, Vanguard Field Strategies, LLC ("VFS"), a limited liability company, will create and execute a comprehensive strategy for the services listed below on behalf of Community Schools Initiative ("CLIENT").

1. **Field Program**

   VFS will conduct a signature gathering program beginning June 15, 2022 – July 15, 2022.

   **Deliverables:** 20,833 raw signatures, 70% validity rate, at $12 per raw signature
   - VFS will validate volunteer-gathered signatures

   Payment Schedule:
   - June 15, 2022: $12,000 for the first 1,000 raw signatures
   - After the first 1,000 raw signatures, an additional payment of $12,000 will be due for the next 1,000 raw signatures and following each instance of 1,000 raw signatures until 20,000 raw signatures have been submitted, at which point a final payment of $9,996 will be due for the final 883 raw signatures.

   The CLIENT will have the option to extend/increase this program as desired at the same rate.

   Invoices will be submitted weekly and are due upon receipt.

2. **Final Matters**

   VFS shall use best efforts and diligence in performing the services required by this agreement. VFS, its principals, employees, agents and/or assigns make no warranty, express or implied, as to the results of the services provided or any future services that may be contracted. Although VFS from time to time may opine about the possible results regarding the campaign, VFS cannot guarantee any particular result from services.

   Cancellation of this Agreement requires either party to send a five (5) day Intent to Cancel Agreement Notice (via E-Mail) to contacts of record. In the event of termination of this agreement, and/or the termination of this candidacy for any reason, it is agreed that VFS will receive all regular fees and commissions during the five (5) days notification period. Losing the Primary or General election will not count as a "termination." Upon the expiration of the 5-day period of notice, to the extent that third parties already contracted by VFS for CLIENT refuse to release VFS from its obligation, VFS shall be reimbursed for any costs incurred by VFS in connection with non-cancelable contracts made on CLIENT's behalf.

   CLIENT agrees to hold VFS and its employees harmless for any damages, claims, causes of action or injury that may occur in the commission of services or as a result of services under this agreement.



The foregoing is hereby approved and agreed to:

**CLIENT**

Name: Mary Jane Stewart             Email: mjs.communityschools@gmail.com

Signature: *Mary J Stewart*          Date: June 14, 2022

**VANGUARD FIELD STRATEGIES, LLC**

Name: Nick Schulte, CFO

Signature: *[signature]*             Date: June 14, 2022

| State: NV | Race: Statutory Amendment Petition | GC: JW |

2