# Exhibit Y
# (Tami Romo Deposition Exhibit 1)

**From:** Mary Jane Stewart
**Sent:** Saturday, August 20, 2022 10:41 AM CDT
**To:** tamara romo; Scott Scheid
**Subject:** Signature report changes

Scott and Tami,

The board would like the report for signatures every Monday to look like this if possible. When I say amount verified I just mean the number of signatures that have been checked in the system. Then the amount of those that were actually valid. Thank you so much for all you are doing!

**Signature Summary**

| | |
|---|---|
| **Raw In Hand Vanguard** | |
| Amount Verified to date | |
| Valid | |
| Validity Rate | |
| **TOTAL** | |
| | |
| **Raw in Hand Volunteer** | |
| Amount Verified to date | |
| Valid | |
| Validity Rate | |
| **TOTAL** | |

| | |
|---|---|
| Field Staff Total | |

Warm regards,
Mary Jane Stewart
www.communityschoolsnv.com
702-622-6029

Exhibit
Exhibit No.: 1
Name: Romo
Date: 1-16-24
ESQUIRE