# Exhibit Z
# (D2D Trackers)

| | |
|---|---|
| **From:** | Jazmin Perez |
| **Sent:** | Thursday, July 7, 2022 12:39 PM CDT |
| **To:** | Amanda Flocchini; Scott Scheid |
| **CC:** | Joe Williams |
| **Subject:** | Re: 7/7/22 Totals |
| **Attachments:** | Community Schools Petition D2D Tracker - Snapshot (temp manual input).pdf |

Amanda - when you go to download, select the cells within the snapshot table, download as pdf, then export selected cells only. See attached.

Please copy Joe on these updates as well. Thanks!

Jazmin Perez

Vice President of Program Development & Project Management

Vanguard Field Strategies

1001 Congress Ave, Suite100 |Austin TX 78701

jperez@vanguardfieldstrategies.com|512.522.7249

website|facebook|instagram

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, forwarding or distribution is prohibited. If you are not the intended recipient, please contact the sender by e-mail and destroy all copies of the original message.

**From:** Amanda Flocchini <amanda.j.flocchini@gmail.com>
**Sent:** Thursday, July 7, 2022 11:28:39 AM
**To:** Scott Scheid <scott@vfs.gop>; Jazmin Perez <jperez@vanguardfieldstrategies.com>
**Subject:** 7/7/22 Totals

See attached totals.

--
Amanda J. Flocchini

**Vanguard_01_001087**

| NV: Community Schools Petition Update | | |
|---|---|---|
| Raw Petition Goal | | 20,833 |
| Verified Petition Goal | | 14,583 |
| Total Field Staff | | |
| Total In the Field Yesterday | | |
| Grand Total | Raw Reported | 1647 |
| | Advantage Verified | 0 |
| | Raw In-Hand | 0 |
| | Verified In-hand | 0 |
| | Validity Rate | #DIV/0! |
| Weekly | Raw Reported | 251 |
| | Advantage Verified | 0 |
| | Raw In-Hand | 0 |
| | Verified In-hand | 0 |
| | Validity Rate | #DIV/0! |
| Daily | Raw Reported | 128 |
| | Advantage Verified | 0 |
| | Raw In-Hand | |
| | Verified In-hand | |

July 7

**Vanguard_01_001088**

| | |
|---|---|
| **From:** | Whitney LaJaunie |
| **Sent:** | Friday, October 7, 2022 10:05 PM CDT |
| **To:** | Joe Williams; Jazmin Perez; Scott Scheid |
| **Subject:** | NV: Petition Snapshot |
| **Attachments:** | Community Schools Petition D2D Tracker - Snapshot (10).pdf |

Hi team,

Attached is an updated petition snapshot.

**Total raw in hand: 63,137**

Let me know if you have any questions!

Thanks,

Whitney LaJaunie

National Project Director
Vanguard Field Strategies
1001 Congress Ave, Suite100 | Austin TX 78701
whitney@vfs.gop | 214.864.6346
website | facebook | instagram



Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, forwarding or distribution is prohibited. If you are not the intended recipient, please contact the sender by e-mail and destroy all copies of the original message.

**Vanguard_01_002024**

| NV: Community Schools Petition Update | | |
|---|---|---|
| Raw Petition Goal | | 141,763 |
| Verified Petition Goal | | 14,583 |
| Total Field Staff | | 26 |
| Total In the Field Yesterday | | 18 |
| **Grand Total** | Raw Reported | 35185 |
| | Advantage Verified | 13193 |
| | Raw In-Hand | 63137 |
| | Verified In-hand | 3449 |
| | Validity Rate | 37.50% |
| **Weekly** | Raw Reported | 5237 |
| | Advantage Verified | 3770 |
| | Raw In-Hand | 10847 |
| | Verified In-hand | 0 |
| | Validity Rate | 71.99% |
| **Daily** | Raw Reported | 0 |
| | Advantage Verified | 644 |

October 7

**Vanguard_01_002025**