JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
Ashcraft & Barr LLP
8275 S Eastern Ave, Ste 200
Las Vegas, NV 89123
barrj@ashcraftbarr.com
(702) 631-4755

Bradley Bodamer (pro hac vice)
J. Aaron Craig (pro hac vice)
Chandler Carr (pro hac vice)
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone (816) 256-3181
bbodamer@gravesgarrett.com
glewis@gravesgarret.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| COMMUNITY SCHOOL INITIATIVE, and LEX TECNICA, LTD<br><br>Plaintiffs,<br><br>vs.<br><br>VANGUARD FIELD STRATEGIES, LLC, and AXIOM LLC,<br><br>Defendants. | Case No.: 23-CV-00069-APG-EJY<br><br>**JOINT UNCONTESTED MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER**<br>**[First Request]** |

Plaintiff Lex Tecnica, LTD and Defendants Vanguard Field Strategies, LLC, and Axiom LLC (collectively the "Parties") hereby move the Court for an order granting the Parties a 45-day extension of time in which to file their Joint Pretrial Order. In support of this request, the Parties state as follows:

1. On March 31, 2025, the Court set the deadline for the Parties to submit their Joint Pretrial Order as May 2, 2025. (Doc. 110).

2. Since that time, the Parties have begun work necessary to complete a Joint Pretrial Order, but the Parties agree that additional time is needed to properly complete this work.

1

3. As alluded to prior to and at the recent hearing before the Court, Defendants have been set back by medical issues their former lead trial counsel has been experiencing. Mr. Bodamer has been diagnosed with stage 4 cancer and fighting this condition has required Mr. Bodamer to take an extended leave of absence. Additionally, Mr. Bodamer's associate who was integral in representing Defendants since this case began recently left Graves Garrett Greim LLC for a different law firm. These events have led to a situation where Defendants effectively have new counsel that is attempting to quickly and effectively fill the void. While both parties agree the requested extension is mutually beneficial, Defendants wanted to provide the Court with this more detailed explanation of the current situation for context.

4. The Parties represent this extension is sought for good faith reasons and is not requested for purposes of undue delay.

5. The Parties agree that a 45-day extension of time is needed to allow them to properly complete and submit the detailed Joint Pretrial Order the Court expects the Parties to submit. Accordingly, the Parties move the Court for an Order extending the Parties' deadline to file a Joint Pretrial Order to Monday, June 16, 2025 (i.e., 45 days from the current deadline of May 2, 2025).

WHEREFORE, for the reasons explained above, the Parties jointly move the Court to enter an order extending the Parties' deadline to file a Joint Pretrial Order to Monday, June 16, 2025 (i.e., 45 days from the current deadline of May 2, 2025).

Dated: April 30, 2025

Jointly and respectfully submitted,

ASHCRAFT BARR LLP

By: /s/ Jeffrey F. Barr
      Jeffrey F. Barr, Esq.
      Nevada Bar No. 7269
      8275 S Eastern Avenue, Suite 200-695
      Las Vegas, NV 89123
      Telephone: (702) 631-4755
      barrj@ashcraftbarr.com

GRAVES GARRETT LLC
A. Bradley Bodamer, Esq. (pro hac vice)
J. Aaron Craig, Esq. (pro hac vice)
Chandler Carr, Esq. (pro hac vice)
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
*Attorneys for Defendants*

And

TAKOS LAW GROUP, LTD.

By:   /s/   Zachary P. Takos
Zachary P. Takos, Esq. Nevada Bar No. 11293
Steven R. Heart, Esq., Nevada Bar No. 15418
10785 West Twain Avenue, Suite 224
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date:  April 30, 2025