JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
Ashcraft & Barr LLP
8275 S Eastern Ave, Ste 200
Las Vegas, NV 89123
barrj@ashcraftbarr.com
(702) 631-4755

Bradley Bodamer (pro hac vice)
J. Aaron Craig (pro hac vice)
Chandler Carr (pro hac vice)
GRAVES GARRETT GREIM LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone (816) 256-3181
bbodamer@gravesgarrett.com
glewis@gravesgarret.com

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| COMMUNITY SCHOOL INITIATIVE, and LEX TECNICA, LTD<br><br>Plaintiffs,<br><br>vs.<br><br>VANGUARD FIELD STRATEGIES, LLC, and AXIOM LLC,<br><br>Defendants. | Case No.: 2:23-CV-00069-APG-EJY<br><br>**JOINT [UNCONTESTED] MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL ORDER**<br>(Second Request) |

  Plaintiff Lex Tecnica, LTD and Defendants Vanguard Field Strategies, LLC, and Axiom LLC (collectively the "Parties") hereby move the Court for an order granting the Parties a 7-day extension of time in which to file their Joint Pretrial Order. In support of this request, the Parties state as follows:

  1. On March 31, 2025, the Court set the deadline for the Parties to submit their Joint Pretrial Order as May 2, 2025. (Doc. 110).

  2. On April 30, 2025, the Parties asked the Court for a 45-day extension of time to allow them to complete their Pretrial Order. (Doc. 111).

  3. On May 1, 2025, the Court granted the Parties' first Extension of Time. (Doc. 112).

4. Since that time, the Parties have worked to complete a Joint Pretrial Order and exchange information, but the Parties agree that an additional brief extension is needed to properly complete this work and allow for additional dialogue between them to finalize a joint submission.

5. The Parties represent this extension is sought for good faith reasons and is not requested for purposes of undue delay.

6. The Parties do not anticipate requesting another extension of time to complete the Joint Pretrial Order.

7. The Parties agree that a 7-day extension of time is needed to allow them to properly complete and submit the detailed Joint Pretrial Order the Court expects the Parties to submit. Accordingly, the Parties move the Court for an Order extending the Parties' deadline to file a Joint Pretrial Order to Monday, June 23, 2025 (i.e., 7 days from the current deadline of June 16, 2025).

WHEREFORE, for the reasons explained above, the Parties jointly move the Court to enter an order extending the Parties' deadline to file a Joint Pretrial Order to Monday, June 23, 2025.

Dated: June 12, 2025

Jointly and respectfully submitted,

ASHCRAFT BARR LLP

By:   */s/ Jeffrey F. Barr*
      Jeffrey F. Barr, Esq.
      Nevada Bar No. 7269
      9205 West Russell, Suite 240
      Las Vegas, NV 89148
      Telephone: (702) 631-4755
      barrj@ashcraftbarr.com

GRAVES GARRETT LLC
      A. Bradley Bodamer, Esq. (pro hac vice)
      J. Aaron Craig, Esq. (pro hac vice)
      Chandler Carr, Esq. (pro hac vice)
      1100 Main Street, Suite 2700
      Kansas City, Missouri 64105
*Attorneys for Defendants*

And

TAKOS LAW GROUP, LTD.

By:    /s/Zachary P. Takos
        Zachary P. Takos, Esq. Nevada Bar No. 11293
        Steven R. Heart, Esq., Nevada Bar No. 15418
        10785 West Twain Avenue, Suite 224
        Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date: June 12, 2025