Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: 702.658.1900
Facsimile:  702.924.4422
Email:  zach@takoslaw.com

Sam Castor, Esq., Nevada Bar No. 11532
**LEX TECNICA, LTD.**
10161 Park Run Drive
Las Vegas, Nevada 89145
Email:  sam@lextecnica.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEX TECNICA, LTD., a Nevada limited liability company,<br><br>  Plaintiff,<br>v.<br><br>VANGUARD FIELD STRATEGIES, LLC, a Texas limited liability company; AXIOM, LLC dba AXIOM STRATEGIES, a Texas limited liability company; DOES 1 through 100, inclusive; and ROE Business Entities 1 through 100, inclusive;<br><br>  Defendants. | Case No.: 2:23-cv-00069-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATES**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 26-3, and for good cause shown, Plaintiff Lex Tecnica, Ltd. ("Lex Tecnica") and Defendants Vanguard Field Strategies, LLC ("Vanguard") and Axiom, LLC dba Axiom Strategies ("Axiom") (collectively, the "Parties") jointly and respectfully request that the trial dates noted herein be continued for at least thirty (30) days. In support of this stipulation, the Parties state as follows:

**GOOD CAUSE EXISTS TO CONTINUE THE TRIAL DATES**

1.   On August 27, 2025, the Parties voluntarily participated in a full day mediation with Hon. Elizabeth Gonzalez (Ret.).

1

2. At the mediation, the Parties were able to make extensive headway toward resolving this matter but were not able to finalize a settlement at that time.

3. Since the mediation, the Parties continued to work toward settlement, communicating weekly (almost daily at some points in the process) to amicably resolve their differences, rather than go to trial.

4. Fortunately, these efforts appear to have paid off, and the Parties reached a settlement in principle toward the end of September, beginning of October.

5. Since that time, the Parties have been working on finalizing the details of a settlement agreement, which has been delayed somewhat by the Parties' counsels' respective workloads and intervening trials in other matters.

6. Despite the protracted settlement negotiations and busy calendars of all involved, the Parties were recently able to exchange what may be final settlement documents.

7. However, the Parties do not anticipate being able to finalize settlement documents completely before October 22, 2025, the date on which the Parties were ordered to advise the Court of the anticipated length of trial or, alternatively, file a stipulation to continue the trial. *See* ECF No. 117.

8. Therefore, the Parties file this stipulation to continue the following trial dates at least thirty (30) days:

    a. Trial scheduling conference (currently set for October 28, 2025 at 9:00am)
    b. Calendar call (currently set for November 12, 2025 at 9:00am)
    c. Trial (currently set on the November 17, 2025 stack)

\\\
\\\
\\\
\\\
\\\
\\\

WHEREFORE, pursuant to Local Rules IA 6-1 and 26-3, and for good cause shown, the Parties jointly and respectfully request an extension of the trial dates as set forth above.

**IT IS SO STIPULATED.**

DATED this 22nd day of October, 2025.                    DATED this 22nd day of October, 2025.

**TAKOS LAW GROUP, LTD.**                                **ASHCRAFT BARR LLP**

_/s/ Zachary P. Takos_                                   _/s/ Jeffrey F. Barr_
Zachary P. Takos, Esq., Nevada Bar No. 11293             Jeffrey F. Barr, Esq., Nevada Bar No. 7269
1935 Village Center Circle                               8275 S. Eastern Avenue, Suite 200-695
Las Vegas, Nevada 89134                                  Las Vegas, Nevada 89123

**LEX TECNICA, LTD.**                                    **GRAVES GARRETT LLC**
Sam Castor, Esq., Nevada Bar No. 11532                   J. Aaron Craig, Esq. (pro hac vice)
10161 Park Run Drive                                     Chandler Carr, Esq. (pro hac vice)
Las Vegas, Nevada 89145                                  1100 Main Street, Suite 2700
                                                         Kansas City, MO 64105

_Counsel for Plaintiff_                                  _Counsel for Defendants_

## ORDER

**Good cause appearing,**

**IT IS ORDERED that the stipulation to continue the trial dates (ECF No. 118) is GRANTED.**

**IT IS FURTHER ORDERED that: The Trial Scheduling Conference currently set for October 28, 2025, is VACATED and RESET for December 30, 2025, at 9:00 a.m. The Calendar Call currently set for November 12, 2025, is VACATED and RESET for January 20, 2026, at 9:00 a.m. The Trial currently set for November 17, 2025, is VACATED and RESET for January 26, 2026, at 9:00 a.m. All proceedings will be held in Las Vegas Courtroom 6C before Chief Judge Andrew P. Gordon.**

IT IS SO ORDERED:

Dated: October 23, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE