Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: 702.658.1900
Facsimile:  702.924.4422
Email:  zach@takoslaw.com

Sam Castor, Esq., Nevada Bar No. 11532
**LEX TECNICA, LTD.**
10161 Park Run Drive
Las Vegas, Nevada 89145
Email:  sam@lextecnica.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEX TECNICA, LTD., a Nevada limited liability company, <br><br> Plaintiff, <br> v. <br><br> VANGUARD FIELD STRATEGIES, LLC, a Texas limited liability company; AXIOM, LLC dba AXIOM STRATEGIES, a Texas limited liability company; DOES 1 through 100, inclusive; and ROE Business Entities 1 through 100, inclusive; <br><br> Defendants. | Case No.: 2:23-cv-00069-APG-EJY <br><br> **STIPULATION AND ORDER TO CONTINUE TRIAL DATES** <br><br> **(Second Request)** |

Pursuant to Local Rules IA 6-1 and 26-3, and for good cause shown, Plaintiff Lex Tecnica, Ltd. ("Lex Tecnica") and Defendants Vanguard Field Strategies, LLC ("Vanguard") and Axiom, LLC dba Axiom Strategies ("Axiom") (collectively, the "Parties") jointly and respectfully request that the trial dates noted herein be continued for at least forty (40) days. In support of this stipulation, the Parties state as follows:

**GOOD CAUSE EXISTS TO CONTINUE THE TRIAL DATES**

1. On August 27, 2025, the Parties voluntarily participated in a full day mediation with Hon. Elizabeth Gonzalez (Ret.).

1

2. At the mediation, the Parties were able to make extensive headway toward resolving this matter but were not able to finalize a settlement at that time.

3. Since the mediation, the Parties continued to work toward settlement, communicating weekly (almost daily at some points in the process) to amicably resolve their differences, rather than go to trial.

4. Fortunately, the Parties' efforts paid off, and a settlement agreement was executed on or about November 6, 2025.

5. Pursuant to the settlement agreement, certain contingencies need to be met before the Parties stipulate to a lengthy stay of these proceedings.

6. One or more of the contingencies still need to be met, and will likely not be met prior to December 10, 2025, the date on which the Parties were ordered to advise the Court of the anticipated length of trial or, alternatively, file a stipulation to continue the trial. *See* ECF No. 120.

7. Therefore, the Parties file this stipulation to continue the following trial dates at least forty (40) days:

    a. Trial scheduling conference (currently set for December 30, 2025, at 9:00am)

    b. Calendar call (currently set for January 20, 2026, at 9:00am)

    c. Trial (currently set for January 26, 2026, at 9:00 a.m.)

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

WHEREFORE, pursuant to Local Rules IA 6-1 and 26-3, and for good cause shown, the Parties jointly and respectfully request an extension of the trial dates as set forth above.

**IT IS SO STIPULATED.**

DATED this 9th day of December, 2025.          DATED this 9th day of December, 2025.

**TAKOS LAW GROUP, LTD.**                     **ASHCRAFT BARR LLP**

*/s/ Zachary P. Takos*                         */s/ Jeffrey F. Barr*
Zachary P. Takos, Esq., Nevada Bar No. 11293   Jeffrey F. Barr, Esq., Nevada Bar No. 7269
1935 Village Center Circle                     8275 S. Eastern Avenue, Suite 200-695
Las Vegas, Nevada 89134                        Las Vegas, Nevada 89123

**LEX TECNICA, LTD.**                         **GRAVES GARRETT LLC**
Sam Castor, Esq., Nevada Bar No. 11532         J. Aaron Craig, Esq. (pro hac vice)
10161 Park Run Drive                           Chandler Carr, Esq. (pro hac vice)
Las Vegas, Nevada 89145                        1100 Main Street, Suite 2700
                                               Kansas City, MO 64105

*Counsel for Plaintiff*                        *Counsel for Defendants*

### ORDER

The trial scheduling conference currently set for December 30, 2025, at 9:00am is vacated and continued to **March 31, 2026,** at 9:00 a.m.

Calendar call currently set for January 20, 2026, at 9:00am is vacated and continued to **April 14, 2026**, at 9:00 a.m.

Trial currently set for January 26, 2026, at 9:00 a.m. is vacated and continued to **April 20, 2026,** at 9:00 a.m.

All in Las Vegas Courtroom 6C before Chief Judge Andrew P. Gordon.

IT IS SO ORDERED:

Dated: December 10, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3