Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: 702.658.1900
Facsimile:  702.924.4422
Email:  zach@takoslaw.com

Sam Castor, Esq., Nevada Bar No. 11532
**LEX TECNICA, LTD.**
10161 Park Run Drive
Las Vegas, Nevada 89145
Email:  sam@lextecnica.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEX TECNICA, LTD., a Nevada limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> VANGUARD FIELD STRATEGIES, LLC, a Texas limited liability company; AXIOM, LLC dba AXIOM STRATEGIES, a Texas limited liability company; DOES 1 through 100, inclusive; and ROE Business Entities 1 through 100, inclusive; <br><br> Defendants. | Case No.: 2:23-cv-00069-APG-EJY <br><br><br> **STIPULATION AND ORDER TO CONTINUE TRIAL DATES** <br><br> **(Third Request)** |

Pursuant to Local Rules IA 6-1 and 26-3, and for good cause shown, Plaintiff Lex Tecnica, Ltd. ("Lex Tecnica") and Defendants Vanguard Field Strategies, LLC ("Vanguard") and Axiom, LLC dba Axiom Strategies ("Axiom") (collectively, the "Parties") jointly and respectfully request that the trial dates noted herein be continued for at least thirty (30) days. In support of this stipulation, the Parties state as follows:

GOOD CAUSE EXISTS TO CONTINUE THE TRIAL DATES

1.    On August 27, 2025, the Parties voluntarily participated in a full day mediation with Hon. Elizabeth Gonzalez (Ret.).

1

2.   At the mediation, the Parties were able to make extensive headway toward resolving this matter but were not able to finalize a settlement at that time.

3.   Since the mediation, the Parties continued to work toward settlement, communicating weekly (almost daily at some points in the process) to amicably resolve their differences, rather than go to trial.

4.   Fortunately, the Parties' efforts paid off, and a settlement agreement was executed on or about November 6, 2025.

5.   Pursuant to the settlement agreement, certain contingencies need to be met before the Parties stipulate to a lengthy stay of these proceedings.

6.   One or more of the contingencies still need to be met, and will not be met prior to March 23, 2026–the date on which the Parties were ordered to advise the Court of the anticipated length of trial or, alternatively, file a stipulation to continue the trial. *See* ECF No. 123.

7.   However, the Parties do anticipate the contingencies will be met within one week or less of March 23, 2026.

8.   Therefore, the Parties file this stipulation to continue the following trial dates at least thirty (30) days:

    a.   Trial scheduling conference (currently set for March 31, 2026, at 9:00am)

    b.   Calendar call (currently set for April 14, 2026, at 9:00am)

    c.   Trial (currently set for April 20, 2026, at 9:00 a.m.)

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

WHEREFORE, pursuant to Local Rules IA 6-1 and 26-3, and ECF No. 123, and for good cause shown, the Parties jointly and respectfully request an extension of the trial dates as set forth above.

**IT IS SO STIPULATED.**

DATED this 23rd day of March, 2026.

TAKOS LAW GROUP, LTD.

_/s/ Zachary P. Takos_
Zachary P. Takos, Esq., Nevada Bar No. 11293
1935 Village Center Circle
Las Vegas, Nevada 89134

**LEX TECNICA, LTD.**
Sam Castor, Esq., Nevada Bar No. 11532
10161 Park Run Drive
Las Vegas, Nevada 89145

_Counsel for Plaintiff_

DATED this 23rd day of March, 2026.

ASHCRAFT BARR LLP

_/s/ J. Aaron Craig_
Jeffrey F. Barr, Esq., Nevada Bar No. 7269
8275 S. Eastern Avenue, Suite 200-695
Las Vegas, Nevada 89123

**GRAVES GARRETT LLC**
J. Aaron Craig, Esq. (pro hac vice)
Chandler Carr, Esq. (pro hac vice)
1100 Main Street, Suite 2700
Kansas City, MO 64105

_Counsel for Defendants_

ORDER

The trial scheduling conference currently set for March 31, 2026 is vacated and continued to **May 26, 2026,** at 9:00 a.m. Calendar call currently set for April 14, 2026 is vacated and continued to **June 9, 2026,** at 9:00 a.m. Trial currently set for April 20, 2026 is vacated and continued **to June 15, 2026**, at 9:00 a.m.

All in Las Vegas Courtroom 6C before Chief Judge Andrew P. Gordon.

IT IS SO ORDERED:

Dated: March 24, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3