Zachary P. Takos, Esq., Nevada Bar No. 11293
**TAKOS LAW GROUP, LTD.**
1935 Village Center Circle
Las Vegas, Nevada 89134
Telephone: 702.658.1900
Facsimile: 702.924.4422
Email: zach@takoslaw.com

Sam Castor, Esq., Nevada Bar No. 11532
**LEX TECNICA, LTD.**
10161 Park Run Drive
Las Vegas, Nevada 89145
Email: sam@lextecnica.com

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LEX TECNICA, LTD., a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>VANGUARD FIELD STRATEGIES, LLC, a Texas limited liability company; AXIOM, LLC dba AXIOM STRATEGIES, a Texas limited liability company; DOES 1 through 100, inclusive; and ROE Business Entities 1 through 100, inclusive;<br><br>Defendants. | Case No.: 2:23-cv-00069-APG-EJY<br><br>**STIPULATION AND ORDER TO VACATE TRIAL DATES AND TEMPORARILY STAY CASE**<br><br>**(Fourth Request)** |

Pursuant to Local Rules IA 6-1 and 26-3, and for good cause shown, Plaintiff Lex Tecnica, Ltd. ("Lex Tecnica") and Defendants Vanguard Field Strategies, LLC ("Vanguard") and Axiom, LLC dba Axiom Strategies ("Axiom") (Vanguard and Axiom are referred to herein as "Defendants") (Lex Tecnica and Defendants are referred to collectively herein as the "Parties") jointly and respectfully request that the trial dates noted herein be vacated and that the Court temporarily stay the case until January 15, 2027, to allow the Parties to fully effectuate the terms of their settlement agreement. In support of this stipulation, the Parties state as follows:

## GOOD CAUSE EXISTS TO CONTINUE THE TRIAL DATES

1. On August 27, 2025, the Parties voluntarily participated in a full day mediation with Hon. Elizabeth Gonzalez (Ret.).

2. After extensive settlement negotiations, the Parties were able to amicably resolve their differences, rather than go to trial.

3. The Parties executed a settlement agreement on or about November 6, 2025.

4. Pursuant to the settlement agreement, certain contingencies needed to be met before the Parties' settlement becomes full and final. The deadline for the final contingency is December 31, 2026.

5. The Parties anticipate the settlement will become final on or before January 1, 2027, but would like the Court to stay the case in the interim to maintain judicial oversight and, if necessary, ensure enforcement of the settlement agreement.

6. Therefore, the Parties file this stipulation to stay this case until at least January 15, 2027, and vacate the following trial dates:

a. Trial scheduling conference (currently set for May 21, 2026, at 3:00pm)

b. Calendar call (currently set for June 9, 2026, at 9:00am)

c. Trial (currently set for June 15, 2026, at 9:00 a.m.)

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

\\\

WHEREFORE, pursuant to Local Rules IA 6-1 and 26-3, and for good cause shown, the Parties jointly and respectfully request a stay of this case as set forth above.

**IT IS SO STIPULATED.**

DATED this 20th day of May, 2026.

**TAKOS LAW GROUP, LTD.**

*/s/ Zachary P. Takos*
Zachary P. Takos, Esq., Nevada Bar No. 11293
1935 Village Center Circle
Las Vegas, Nevada 89134

**LEX TECNICA, LTD.**
Sam Castor, Esq., Nevada Bar No. 11532
10161 Park Run Drive
Las Vegas, Nevada 89145

*Counsel for Plaintiff*

DATED this 20th day of May, 2026.

**ASHCRAFT BARR LLP**

Jeffrey F. Barr, Esq., Nevada Bar No. 7269
8275 S. Eastern Avenue, Suite 200-695
Las Vegas, Nevada 89123

*/s/ J. Aaron Craig*
**GRAVES GARRETT LLC**
J. Aaron Craig, Esq. (pro hac vice)
Chandler Carr, Esq. (pro hac vice)
1100 Main Street, Suite 2700
Kansas City, MO 64105

*Counsel for Defendants*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: May 21, 2026