JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
Ashcraft & Barr LLP
9205 W Russell Road, Ste 240
Las Vegas, NV 89148
barrj@ashcraftbarr.com
(702) 631-4755

A. Bradley Bodamer (pro hac vice)
J. Aaron Craig (pro hac vice)
Chandler Carr (pro hac vice)
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone (816) 256-3181
bbodamer@gravesgarrett.com
acraig@gravesgarrett.com
ccarr@gravesgarrett.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| COMMUNITY SCHOOL INITIATIVE, and LEX TECNICA, LTD,<br><br>Plaintiffs,<br><br>vs.<br><br>VANGUARD FIELD STRATEGIES, LLC, and AXIOM LLC,<br><br>Defendants. | Case No.: 23-CV-00069-APG-EJY<br><br>**ORDER GRANTING UNOPPOSED MOTION TO AMEND THE CASE CAPTION TO CORRECT DEFENDANT'S NAME** |

Defendant Axiom Strategies, LLC ("Defendant") hereby files this Motion to correct the case caption to accurately reflect Defendant's name. As support for the relief sought herein, Defendant states as follows:

1. Federal Rule of Civil Procedure 10(a) states that "[e]very pleading must have a caption with the court's name, a title, a file number, and a Rule 7(a) designation. The title of the complaint

must name all the parties[.]"

2. The Complaint in this matter, as well as subsequent case filings, have incorrectly referred to Defendant Axiom Strategies, LLC as "Axiom LLC."

3. Because it was always clear that the intended party from the time of service to the present was Axiom Strategies, LLC, all parties have litigated this case understanding that the references to "Axiom LLC" referred to Defendant.

4. Correcting this error by amending the caption to accurately reflect Defendant's name will not cause prejudice to Plaintiff, as this Motion does not seek to change any party to this proceeding but merely seeks to avoid unnecessary confusion by correcting a misnomer.

5. Courts routinely grant motions to amend the caption where a party has been misnamed. *See, e.g.*, *Harris v. Cnty. of Clark*, No. 2:22-CV-00560-RFB-NJK, 2024 WL 4349195, at *2 n. 1 (D. Nev. Sept. 29, 2024); *Twitch Interactive, Inc. v. Johnston*, No. 16-CV-03404-BLF, 2019 WL 3387977, at *3 (N.D. Cal. July 26, 2019); *Gramm v. Deere & Co.*, No. 3:14-CV-575-RLM-MGG, 2021 WL 8321873, at *2 (N.D. Ind. Nov. 15, 2021).

6. Defendant has conferred with counsel for the Plaintiff, and Plaintiff does not oppose this Motion.

WHEREFORE, for the above-stated reasons, Defendant Axiom Strategies, LLC requests this Court grant its Motion and order that the case caption be amended to accurately reflect Defendant's name.

Respectfully submitted,

By: */s/ J. Aaron Craig*

ASHCRAFT BARR LLP

Jeffrey F. Barr, Esq.
Nevada Bar No. 7269
8275 S Eastern Avenue, Suite 200-695
Las Vegas, NV 89123
Telephone: (702) 631-4755

barrj@ashcraftbarr.com

GRAVES GARRETT GREIM LLC

A. Bradley Bodamer (pro hac vice)
J. Aaron Craig (pro hac vice)
Chandler Carr (pro hac vice)
GRAVES GARRETT LLC
1100 Main Street, Suite 2700
Kansas City, Missouri 64105
Telephone (816) 256-3181
bbodamer@gravesgarrett.com
acraig@gravesgarrett.com
ccarr@gravesgarrett.com

*Attorneys for Defendants*

IT IS SO ORDERED:

Dated: May 21, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE